PROB 12C
(6/16)

Report Date: January 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Paul Rodriguez | | Case Number: 0980 2:17CR00011-RMP-1 | |
| Address of Offender: | | Washington 99019 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 26, 2017

| | |
|---|---|
| Original Offense: | Count 1 - Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); Count 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 120 months   Type of Supervision: Supervised Release<br>TSR - 60 months |
| Amended Sentence:<br>(April 28, 2021) | Prison - Time Served (1,556 days)<br>TSR: 120 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office   Date Supervision Commenced: May 6, 2021 |
| Defense Attorney: | Molly Marie Winston   Date Supervision Expires: May 5, 2031 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine, amphetamine and marijuana, on or about December 21, 2021.<br><br>On May 7, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances. |

Prob12C
Re: Rodriguez, Paul
January 14, 2022
Page 2

On December 23, 2021, the offender submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine, amphetamine and marijuana. At that time, he signed an admission form acknowledging use of said substances on or about December 21, 2021.

2   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine, amphetamine and marijuana, on or about December 27, 2021.

On May 7, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.

On December 28, 2021, the offender submitted a urine specimen at PHS that returned positive for methamphetamine, amphetamine and marijuana. At that time, he signed an admission form acknowledging use of said substances on or about December 27, 2021.

3   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and marijuana, on or about January 1, 2022.

On May 7, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.

On January 3, 2022, Mr. Rodriguez reported to the U.S. Probation Office to address his recent relapse. At that time, he signed an admission form acknowledging he used methamphetamine and marijuana on or about January 1, 2022.

4   **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, marijuana, on or about January 2, 2022.

Prob12C
**Re: Rodriguez, Paul**
**January 14, 2022**
**Page 3**

On May 7, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.

On January 3, 2022, Mr. Rodriguez reported to the U.S. Probation Office to address his recent relapse. At that time, he signed an admission form acknowledging he used marijuana on or about January 2, 2022.

5   **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to attend a scheduled substance abuse reassessment at PHS on January 10, 2022.

On May 7, 2021, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must comply with the requirements of his substance abuse treatment program.

Based on his recent relapse, Mr. Rodriguez was scheduled to participate in a substance abuse reassessment on January 10, 2022. On this same date, the probation officer was informed by PHS that he failed to attend this appointment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 14, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Rodriguez, Paul
January 14, 2022
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/14/2022

Date