PROB 12C
(6/16)

Report Date: March 17, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul Rodriguez | Case Number: 0980 2:17CR00011-RMP-1 |
| Address of Offender: | Liberty Lake, Washington 99019 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 26, 2017

| | |
|---|---|
| Original Offense: | Count 1 - Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); Count 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months |
| Amended Sentence:<br>(April 28, 2021) | Prison - Time Served (1,556 days)<br>TSR - 120 months |
| Asst. U.S. Attorney: | Timothy John Ohms |
| Defense Attorney: | Molly Marie Winston |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 6, 2021

Date Supervision Expires: May 5, 2031

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/14/2022, and 2/7/2022.

On May 7, 2021, the offender's conditions of supervision were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and marijuana, on or about February 25, 2022. |

Prob12C
Re: Rodriguez, Paul
March 17, 2022
Page 2

On February 25, 2022, Mr. Rodriguez submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine and marijuana. At that time, he signed an admission form acknowledging use of said substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 17, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

3/17/2022
Date