PROB 12C
(6/16)

Report Date: April 13, 2022

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Apr 14, 2022**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul Rodriguez | Case Number: 0980 2:17CR00011-RMP-1 |
| Address of Offender: ████████████ | Liberty Lake, Washington 99019 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 26, 2017

| | |
|---|---|
| Original Offense: | Count 1 - Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); Count 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 120 months    Type of Supervision: Supervised Release
TSR - 60 months |
| Amended Sentence: (April 28, 2021) | Prison - Time Served (1,556 days)
TSR - 120 months |
| Asst. U.S. Attorney: | Timothy John Ohms    Date Supervision Commenced: May 6, 2021 |
| Defense Attorney: | Molly Marie Winston    Date Supervision Expires: May 5, 2031 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/14/2022, 02/07/2022 and 03/17/2022.

On May 7, 2021, the offender's conditions of supervision were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.
|  | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, cocaine and marijuana, on or about April 6, 2022. |

Prob12C
Re: Rodriguez, Paul
April 13, 2022
Page 2

On April 6, 2022, Mr. Rodriguez submitted a urine specimen at Pioneer Human Services that returned presumptive positive for cocaine and marijuana. At that time, he signed an admission form acknowledging use of said substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 13, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

4/14/2022
Date