PROB 12C
(6/16)

Report Date: April 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 02, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul Rodriguez | Case Number: 0980 2:17CR00011-RMP-1 |
| Address of Offender: ███████████ | Liberty Lake, Washington 99019 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 26, 2017

Original Offense: Count 1 - Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); Count 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A);

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Amended Sentence:<br>(April 28, 2021) | Prison - Time Served (1,556 days)<br>TSR - 120 months | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: May 6, 2021 | |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: May 5, 2031 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/14/2022, 02/07/2022, 03/17/2022, and 04/13/2022.

On May 7, 2021, the offender's conditions of supervision were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting a controlled substance, marijuana, on or about April 19, 2022. |

Prob12C
**Re: Rodriguez, Paul**
**April 29, 2022**
**Page 2**

On April 19, 2022, Mr. Rodriguez reported to the U.S. Probation Office for a scheduled appointment. At that time, he submitted a urine specimen that returned presumptive positive for marijuana. He signed an admission form acknowledging use of said substance and further admitted to using marijuana shortly after arriving at James Oldham Treatment Center (JOTC) for inpatient treatment.

10    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on April 25, 2022.

On April 22, 2022, this officer responded to email correspondence received from Mr. Rodriguez, at which time he was instructed to report to the U.S. Probation Office on April 25, 2022, at 9 a.m. He failed to report to the U.S. Probation Office on said date and time. In response, this officer attempted to contact the offender, but was unsuccessful. The undersigned spoke to the offender's wife who confirmed the offender was aware of his appointment and she stated she had forgotten to wake him up. She indicated she could bring him to the office later that morning, but the offender never reported. This officer again contacted his wife at approximately 12 p.m. on that same date, at which time she advised she had just dropped the offender off at the Spokane Regional Stabilization Center, as they had an open bed for the offender.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 29, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

*Rosanne Malouf Peterson*

Signature of Judicial Officer

5/2/2022

Date