PROB 12C
(6/16)

Report Date: May 24, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Paul Rodriguez | Case Number: 0980 2:17CR00011-RMP-1 |
| Address of Offender: ████████████████ Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 26, 2017

| | |
|---|---|
| Original Offense: | Count 1 - Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); Count 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 120 months  /  TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Amended Sentence: (April 28, 2021) | Prison - Time Served (1,556 days)  /  TSR - 120 months |
| Asst. U.S. Attorney: | Timothy John Ohms |
| Date Supervision Commenced: | May 6, 2021 |
| Defense Attorney: | Molly Marie Winston |
| Date Supervision Expires: | May 5, 2031 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/14/2022, 02/07/2022, 03/17/2022, 04/13/2022 and 04/29/2022.

On May 7, 2022, the offender's conditions of supervision were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

On May 9, 2022, the offender appeared before the Court for a revocation hearing based on several violations of supervised release.  At that time, it was ordered that he be continued on supervised release under the previously imposed special conditions.  Additionally, he was ordered to enter into inpatient treatment at Sundown M Ranch and to follow all treatment recommendations.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition a**: You shall report for inpatient treatment at Sundown M Ranch in Yakima, Washington, on May 10, 2022.  You must complete and follow any recommended treatment recommendations of the evaluating professional which do not require forced or psychotropic medication, absent further order of the Court.  You must allow reciprocal |

Prob12C
Re: Rodriguez, Paul
May 24, 2022
Page 2

release of information between the supervising probation officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: The offender is alleged to have violated special condition "a" imposed on May 9, 2022, by leaving inpatient treatment against medical advice on May 22, 2022.

On May 24, 2022, this officer received a telephone call from Mr. Rodriguez' primary counselor at Sundown M Ranch, indicating the offender left their facility against medical advice on May 22, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 24, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/24/2022
Date